No. 17,845.

ALEX NINO BANUELOS *v.* CITY AND COUNTY OF DENVER.
(297 P. [2d] 1050)

Decided June 4, 1956.

Messrs. CADDES & CAPRA, for plaintiff in error.

Mr. JOHN C. BANKS, City Attorney, Mr. HERMAN J. ATENCIO, Assistant for defendant in error.

*En Banc.*

PER CURIAM.

Judgment affirmed without written opinion.